**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS**

---

**COREY EDINGBURGH, TYRONE FRANKLIN, AND BRIAN MORTON,**

**Plaintiffs,**

**v.**

**Case No. 2:24-cv-02820-BCL-atc**
**JURY DEMANDED**

**CITY OF MILLINGTON, GARY GRAVES, TIM RUSSELL, CHRIS STOKES, AND BRYAN CHILDRESS,**

**Defendants.**

---

**ORDER GRANTING JOINT MOTION
TO AMEND SECOND SCHEDULING ORDER**

---

Plaintiffs Corey Edingburgh, Tyrone Franklin, and Brian Morton (collectively, "Plaintiffs"), and Defendants, City of Millington, Gary Graves, Tim Russell, Chris Stokes, and Bryan Childress (collectively, "Defendants"), have jointly moved the Court to extend the pre-trial deadlines in the above-styled case by a period of 30 days. Federal Rule of Civil Procedure 16(b)(4) and Federal Rule of Civil Procedure 6(b)(1)(A) allow a court to modify a scheduling order or extend the time to act upon a showing of good cause. *See* Fed. R. Civ. P. 16(b)(4); Fed. R. Civ. P. 6(b)(1)(A).

In the present case, the Court finds that Plaintiffs and Defendants have met this standard and that good cause exists for extending the deadlines and continuing the trial date. Accordingly, the Court GRANTS the joint motion and hereby amends the Scheduling Order as follows:

**COMPLETING ALL DISCOVERY:** August 17, 2026.

**(a) WRITTEN DISCOVERY:** July 13, 2026.

**(b) DEPOSITIONS:** August 17, 2026.

**(c) EXPERT WITNESS DISCLOSURES (Rule 26):**

**(1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** June 15, 2026.

**(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** July 15, 2026.

**(3) EXPERT WITNESS DEPOSITIONS:** August 17, 2026.

**MOTION TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS:** September 1, 2026.

**SUPPLEMENTATION UNDER RULE 26(e)(1):** August 17, 2026.

**FILING DISPOSITIVE MOTIONS:** September 16, 2026.

The parties are advised that further motions to enlarge or extend the deadlines will be viewed skeptically.

IT IS SO ORDERED this 11th day of May, 2026.

*s/Brian C. Lea*
BRIAN LEA
UNITED STATES DISTRICT JUDGE