**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION AT MEMPHIS**

---

**COREY EDINGBURGH, TYRONE FRANKLIN,**
**AND BRIAN MORTON,**

**Plaintiffs,**

**v.**

**Case No. 2:24-cv-02820-MSN-atc**
**JURY DEMANDED**

**CITY OF MILLINGTON, GARY GRAVES,**
**TIM RUSSELL, CHRIS STOKES,**
**AND BRYAN CHILDRESS,**

**Defendants.**

---

**PLAINTIFFS' NOTICE TO TAKE**
**DEPOSITION OF MATTHEW JONES**

---

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, Corey Edinburgh, Tyrone Franklin and Brian Morton, ("Plaintiffs"), by and through the undersigned counsel, will take the in-person deposition by stenographic and/or audiovisual means of Mr. Matthew Jones on Tuesday, July 28, 2026, beginning at 1:00 p.m. CDT, or directly following the deposition of Ms. Booker, at the offices of Barrett & Farahany, 88 Union Avenue, Suite 420, Memphis, Tennessee 38103. The deposition will be taken for the purpose of discovery, for use at trial, or for some other purposes as are permitted under the Federal Rules of Civil Procedure and will continue as prescribed therein, from day to day, until complete.

Dated: July 23, 2026.

Respectfully Submitted,

s/ *Alan G. Crone*
Alan G. Crone, TN Bar No. 014285
W. Patrick Crone, TN Bar No. 039578

Barrett & Farahany
88 Union Avenue, 4th Floor
Memphis, TN 38103
Telephone: (901) 737-7740
Facsimile: (404)
Email: acrone@justiceatwork.com
pcrone@justiceatwork.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 23rd day of July, 2026, a copy of the foregoing pleading was served via email via the Court's electronic notification system on the following Plaintiff's counsel of record:

Dale Conder, Jr., Esq.
Matthew R. Courtner, Esq.
Rainey, Kizer, Reviere & Bell, P.L.C.
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
dconder@raineykizer.com
mcourtner@raineykizer.com

*s/Alan G. Crone*
Alan G. Crone