**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **COREY EDINGBURGH, TYRONE FRANKLIN, and BRIAN MORTON,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 2:24-cv-02820-MSN-atc** |
| | ) | **JURY DEMANDED** |
| **CITY OF MILLINGTON, GARY GRAVES, TIM RUSSELL, CHRIS STOKES, and BRYAN CHILDRESS,** | ) | |
| **Defendants.** | ) | |

## NOTICE OF DEPOSITION – DAVID T. SNIVELY, Ph.D.

Pursuant to the Federal Rules of Civil Procedure, the Defendants City of Millington, Gary Graves, Tim Russell, and Chris Stokes hereby give notice that they will, through counsel, take the deposition of DAVID T. SNIVELY, Ph.D., on Wednesday, October 14, 2026, beginning at 1:00 p.m. Central Daylight Time, at the offices of Rainey, Kizer, Reviere & Bell, 209 East Main Street, Jackson, Tennessee, 38301. Said deposition will be taken upon oral examination before a nationally certified Stenographic shorthand reporter authorized by law to administer oaths. Counsel for the parties have stipulated that all parties, including the deponent, will participate in the deposition by videoconference. The deposition will continue from day to day until completed.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: **s/Matthew R. Courtner**
MATTHEW R. COURTNER (BPR NO. 029113)
DALE CONDER, JR. (BPR NO. 15419)
209 East Main Street
P. O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414
mcourtner@raineykizer.com
dconder@raineykizer.com

**CERTIFICATE OF SERVICE**

The undersigned do hereby certify that a true and correct copy of the foregoing has been served upon all interested parties via electronic mail and through the Court's ECF system.

ALAN G. CRONE (BPR NO. 014285)
W. PATRICK CRONE (BPR NO. 039578)
Barrett & Farahany
88 Union Avenue, 4th Floor
Memphis, TN 38103
(901) 737-7740
acrone@justiceatwork.com
pcrone@justiceatwork.com

*Attorneys for Plaintiffs*

MICHAEL R. HILL (BPR NO. 017409)
Flippin, Collins & Hill
1066 South Main
Milan, TN 38358
(731) 686-8355
mh_fch@bellsouth.net

*Attorney for Defendant Bryan Childress, in his individual capacity*

On this the 8th day of October, 2026.

**s/ Matthew R. Courtner**
MATTHEW R. COURTNER